# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. LAVON GODFREY                          Docket No. 3:00CR00263(JCH)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Keith P. Barry, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lavon Godfrey who was sentenced to 60 months imprisonment for a violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), Conspiracy to Possess With Intent to Distribute 50 or More Grams of Cocaine Base by the Honorable Janet C. Hall, United States District Judge sitting in the court at Bridgeport, Connecticut on May 25, 2004 who fixed the period of supervision at 5 years which commenced on November 23, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed the following special condition: The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as approved by the probation officer which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or portion of, the costs associated with treatment, based on his ability to pay, in amount to be determined by the probation officer. Supervision is scheduled to terminate on November 22, 2010.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following condition of supervised release:

Charge: Standard Condition - "The defendant shall not commit another federal, state, or local crime." On June 21, 2006, the defendant's ex-girlfriend, Iasia Carter, contacted the Bridgeport, Connecticut Police Department reporting that she was assaulted by Mr. Godfrey. Ms. Carter reported that around 2:30 a.m. she heard a knock at the back door, and got up to check on her four children, ages 14, 10, 8, and 7. Ms. Carter reported after checking on her children, she observed the defendant standing in her kitchen, and questioned Mr. Godfrey why he was in her home. The defendant then grabbed Ms. Carter by the neck and proceeded to choke her. Ms. Carter reported she called to her oldest child to help her and was punched in the mouth by the defendant. At this time all four of Ms. Carter's children were pushing and hitting the defendant forcing him out of the apartment. The defendant was arrested and charged with the following offenses: 1) Assault 3rd Degree; 2) Disorderly Conduct; 3) Risk of Injury to a Minor; 4) Burglary 2nd Degree. On June 22, 2006, the defendant was presented at Bridgeport Superior Court, and at that time bond was set at $75,000. Mr. Godfrey remains in custody, and is scheduled to appear in Superior Court on July 12, 2006.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue and lodged as a detainer with the period of supervision tolled.

**ORDER OF COURT**

Considered and ordered this _____ day of June, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

Sworn to By

Keith P. Barry
United States Probation Officer

Place Bridgeport, Connecticut

Date 6/28/06

Before me, the Honorable Janet C. Hall, United States District Judge, on this day of _____ of June 2006 at Bridgeport Connecticut, U.S. Probation Officer, Keith P. Barry appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet C. Hall
United States District Judge