UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | 3:00CR263(JCH) |
| **v.** : | |
| : | SEPTEMBER 13, 2006 |
| **LAVON GODFREY** : | |

## MOTION FOR PERMISSION TO INCUR EXPENSES

Counsel for the Defendant, LAVON GODFREY, as CJA counsel, respectfully requests permission to employ the services of a private investigator – Daniel Markle of Markle Investigations – to interview witnesses in the underlying state case that served as the basis for the Defendant's federal violation of supervised release. The results produced by this investigation could impact on the Defendant's ultimate sentence and thus should be helpful to the Court.

It is believed that the cost of Mr. Markle's services will be more than $300.00 but less than $1,000.00.

WHEREFORE, the undersigned requests that this Motion be granted.

                THE DEFENDANT
                LAVON GODFREY

    By _____
       FRANK J. RICCIO
       LAW OFFICES OF FRANK J. RICCIO LLC
       923 EAST MAIN STREET
       PO BOX 491
       BRIDGEPORT, CT 06601
       FED NO. 00148
       (203) 333-6135 (phone)
       (203) 333-6190 (fax)
       fricciojd@aol.com

**CERTIFICATION**

I certify that a copy of the foregoing was mailed on September 13, 2006 to the following counsel of record:

Alex Hernandez, Esq.
U.S. Attorney's Office – Bridgeport
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
FRANK J. RICCIO
LAW OFFICES OF FRANK J. RICCIO LLC